# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0919
Lower Tribunal No. 2025-DR-000565

_____

MATTHEW R. ENGLISH,

Appellant,

v.

KRISSY N. ENGLISH,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Russell T. Kirshy, Judge.

January 30, 2026

PER CURIAM.

AFFIRMED. *See Pipher v. Pipher*, 364 So. 3d 1134, 1134 (Fla. 6th DCA 2023) ("As in all cases such as this, the trial court was required to determine the credibility of the witnesses. It did so and found the facts adverse to [Appellant]. It is not the role of this Court to second-guess that decision.").

STARGEL, MIZE and PRATT, JJ., concur.


Odelsa Flores-Dickman, of Dickman Law Firm, Naples, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED